1  HECTOR O. VILLAGRA [S.B. #177586]
   STEVEN J. REYES [S.B. #212849]
2  MAUREEN G. TELLEZ [S.B. #222971]
   MEXICAN AMERICAN LEGAL DEFENSE
3    AND EDUCATIONAL FUND
   634 S. Spring Street, 11th Floor
4  Los Angeles, California 90014
   Telephone: (213) 629-2512
5  Facsimile: (213) 629-0266

6  DELLA BAHAN [S.B. #088649]
   BAHAN & ASSOCIATES
7  140 S. Lake Avenue, Suite 230
   Pasadena, California 91101
8  Telephone: (626) 796-5100
   Facsimile: (626) 796-9895
9  E-mail: db@bahanlaw.com

10 Attorneys for Plaintiffs
   Juan Flores, Hipolito Soto, Guadalupe Flores,
11 Maria Tona Orea, and the Class

12 [Additional Counsel on following page]

FILED
CLERK, U.S. DISTRICT COURT

DEC 16 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Send

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| 15  JUAN FLORES, HIPOLITO SOTO, GUADALUPE FLORES, MARIA TONA OREA, on behalf of themselves and all others similarly situated, and SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO | Case No. CV 01-00515 PA (SHx) |

16
17
18

                Plaintiffs,

19

20          vs.

21  ALBERTSON'S, INC., a Delaware
    corporation, RALPH'S, a Delaware
22  corporation; THE VONS
    COMPANIES, INC., and dba
23  PAVILIONS, a Michigan
    corporation, ENCOMPASS
24  STAFFING SERVICE, INC. a Texas
    corporation, BUILDING ONE
25  SERVICE SOLUTIONS, INC., a
    Virginia corporation; and DOES 1-
26  300.

27              Defendants.

28

Case No. CV 01-00515 PA (SHx)

STIPULATION AND [PROPOSED]
ORDER REALLOCATING
CLAIMS ADMINISTRATION
COSTS AMONG THE FOUR
SETTLEMENT AGREEMENTS

Date:        Not set
Time:        Not set
Courtroom:   15

DOCKETED ON CM

DEC 19 2005

BY                          001



BARBARA ENLOE HADSELL, ESQ. [S.B. #086021]
HADSELL & STORMER, INC.
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103-3645
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

MARVIN E. KRAKOW [S.B. #081228]
LAW OFFICE OF MARVIN E. KRAKOW
1801 Century Park East, Suite 1520
Los Angeles, California 90067
Telephone: (310) 229-0900
Facsimile: (310) 229-0912

ROBERT D. NEWMAN [S.B. #086534]
LAW OFFICE OF ROBERT D. NEWMAN
3701 Wilshire Blvd., Suite 208
Los Angeles, California 90010
Telephone: (213) 487-4727
Facsimile: (213) 487-0242

THERESA M. TRABER [S.B. #116305]
BERT VOORHEES [S.B. #137623]
TRABER & VOORHEES
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 577-7079

Attorneys for Plaintiffs
Juan Flores, Hipolito Soto, Guadalupe Flores, Maria Toña Orea, and the Class.

1

2    **WHEREAS,** on February 3, 2005, the Court gave its final approval to the

3    settlement between plaintiffs Juan Flores, Hipolito Soto, Guadalupe Flores, Maria

4    Toña Orea and Pedro Orea ("plaintiffs") and defendant Albertson's, Inc.

5    ("Albertson's), the settlement between plaintiffs and defendants Encompass

6    Services Corporation ("Encompass") and Building One Service Solutions, Inc.

7    ("Building One"), the settlement between plaintiffs and defendant Ralphs Grocery

8    Company ("RGC"), and the settlement between plaintiffs and defendants The Vons

9    Companies, Inc. ("Vons") and Safeway Inc. ("Safeway"); and

10   **WHEREAS,** the Court appointed Rosenthal and Company LLC

11   ("Rosenthal") to serve as the Claims Administrator for the above-mentioned

12   settlements involving defendants Albertson's, Encompass and Building One, RGC,

13   and Vons and Safeway; and

14   **WHEREAS,** the Claims Administrator has recently requested a reallocation

15   of the administrative costs across all four settlements for the reasons set forth in the

16   accompanying Supplemental Declaration of Daniel Rosenthal dated December 7,

17   2005;

18   **WHEREAS,** these proposed changes in the claims administration process

19   are acceptable to plaintiffs especially since the combined administrative costs for all

20   four settlements will still be $95,877 less than what had been originally projected;

21   and

22   **WHEREAS,** defendants Albertson's, Encompass and Building One, RGC,

23   Vons and Safeway do not object to these changes;

24   **IT IS HEREBY PROPOSED** by Rosenthal and plaintiffs, without objection

25   from defendants Albertson's, Encompass and Building One, RGC, Vons and

26   Safeway that, subject to Court approval, $719,123.00 in total administrative costs

27   shall be reallocated among the four settlements as follows:

28        1.     Defendant Albertson's − $101,471.00;

     2.     Defendants Building One and Encompass − $132,354.00;

3.   Defendant RGC – $207,354.00; and

4.   Defendants Vons and Safeway – $277,943.00.

Dated: November __, 2005    ROSENTHAL AND COMPANY LLC

By_____PDF SIGNATURE ATTACHED_____
              DAN ROSENTHAL
              Claims Administrator

Dated: November __, 2005    LAW OFFICE OF ROBERT D. NEWMAN

By _____SIGNATURE ATTACHED_____
              ROBERT D. NEWMAN
Attorneys for Individual Plaintiffs and the Class

Dated: November __, 2005    BAKER & HOSTETLER LLP

By_____PDF SIGNATURE ATTACHED_____
              LAWRENCE GARTNER
       Attorneys for Defendant Albertson's, Inc.

Dated: November __, 2005    JACKSON LEWIS LLP

By _____PDF SIGNATURE ATTACHED_____
              MICHAEL KUN
Attorneys for Defendants Encompass Services
Corporation and Building One Service Solutions,
Inc.

Dated: November __, 2005    THELEN REID & PRIEST LLP

By _____PDF SIGNATURE ATTACHED_____
              REMY KESSLER
Attorneys for Defendant Ralphs Grocery Company

IT IS SO ORDERED

Dated 12/9/05

United States District Judge

2

1

2    Dated: November __, 2005      CARLTON, DiSANTE & FREUDENBERGER
                                       LLP

3

4                              By____SIGNATURE ATTACHED_____

5                                       MARIE DiSANTE
                             Attorneys for Defendants The Vons Companies,
                             Inc. and Safeway Inc.

6

7

8                                     **ORDER**

9

10        **IT IS SO ORDERED.**

11

12

13    Dated: December ___, 2005                       _____
                                    HONORABLE PERCY ANDERSON

14                                      UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1    3.    Defendant RGC – $207,354.00; and

2    4.    Defendants Vons and Safeway – $277,943.00.

Dated: November __, 2005    ROSENTHAL AND COMPANY LLC

By _____
        DAN ROSENTHAL
        Claims Administrator

Dated: November __, 2005    LAW OFFICE OF ROBERT D. NEWMAN

By _____
        ROBERT D. NEWMAN
    Attorneys for Individual Plaintiffs and the Class

Dated: November __, 2005    BAKER & HOSTETLER LLP

By _____
        LAWRENCE GARTNER
    Attorneys for Defendant Albertson's, Inc.

Dated: November __, 2005    JACKSON LEWIS LLP

By _____
        MICHAEL KUN
    Attorneys for Defendants Encompass Services
    Corporation and Building One Service Solutions,
    Inc.

Dated: November __, 2005    THELEN REID & PRIEST LLP

By _____
        REMY KESSLER
    Attorneys for Defendant Ralphs Grocery Company

2

1       4.    Defendants Vons and Safeway – $277,943.00.

2

3  Dated: November \_\_, 2005     ROSENTHAL AND COMPANY LLC

4

5                        By_____
                                DAN ROSENTHAL
6                                  Claims Administrator

7

8  Dated: November 30, 2005     LAW OFFICE OF ROBERT D. NEWMAN

9

10

11                      By *Robert D. Newman*
                                ROBERT D. NEWMAN
12                 Attorneys for Individual Plaintiffs and the Class

13  Dated: November \_\_, 2005     BAKER & HOSTETLER LLP

14

15

16                      By _____
                              LAWRENCE GARTNER
17                 Attorneys for Defendant Albertson's, Inc.

18  Dated: November \_\_, 2005     JACKSON LEWIS LLP

19

20                      By _____
                              MICHAEL KUN
21                 Attorneys for Defendants Encompass Services
                 Corporation and Building One Service Solutions,
22                 Inc.

23

24  Dated: November \_\_, 2005     THELEN REID & PRIEST LLP

25

26

27                      By _____
                              REMY KESSLER
28                Attorneys for Defendant Ralphs Grocery Company

1   3.   Defendant RGC – $207,354.00; and

2   4.   Defendants Vons and Safeway – $277,943.00.

3

4   Dated: November ___, 2005      ROSENTHAL AND COMPANY LLC

5

6                                  By_____
                                        DAN ROSENTHAL
7                                       Claims Administrator

8

9   Dated: November ___, 2005      LAW OFFICE OF ROBERT D. NEWMAN

10

11                                 By _____
                                        ROBERT D. NEWMAN
12                                 Attorneys for Individual Plaintiffs and the Class

13
                    December
14  Dated: ~~November~~ 8, 2005     BAKER & HOSTETLER LLP

15

16                                 By _Jazamicha Amaca_____
                                        LAWRENCE GARTNER
17                                 Attorneys for Defendant Albertson's, Inc.

18

19  Dated: November ___, 2005      JACKSON LEWIS LLP

20

21                                 By_____
                                        MICHAEL KUN
22                                 Attorneys for Defendants Encompass Services
                                   Corporation and Building One Service Solutions,
23                                 Inc.

24  Dated:  November ___, 2005     THELEN REID & PRIEST LLP

25

26                                 By _____
                                        REMY KESSLER
27                                 Attorneys for Defendant Ralphs Grocery Company

28

3.    Defendant RGC – $207,354.00; and

4.    Defendants Vons and Safeway – $277,943.00.

Dated: November __, 2005        ROSENTHAL AND COMPANY LLC


                                By_____
                                        DAN ROSENTHAL
                                        Claims Administrator


Dated: November __, 2005        LAW OFFICE OF ROBERT D. NEWMAN


                                By _____
                                        ROBERT D. NEWMAN
                                Attorneys for Individual Plaintiffs and the Class


Dated: November __, 2005        BAKER & HOSTETLER LLP


                                By_____
                                        LAWRENCE GARTNER
                                Attorneys for Defendant Albertson's, Inc.


Dated: November _30_, 2005      JACKSON LEWIS LLP

                                By_____
                                        MICHAEL KUN
                                Attorneys for Defendants Encompass Services
                                Corporation and Building One Service Solutions,
                                Inc.


Dated: November __, 2005        THELEN REID & PRIEST LLP


                                By _____
                                        REMY KESSLER
                                Attorneys for Defendant Ralphs Grocery Company

2

1    2.    Defendants Building One and Encompass – $132,354.00;

2    3.    Defendant RGC – $207,354.00; and

3    4.    Defendants Vons and Safeway – $277,943.00.

4

5    Dated: November __, 2005    ROSENTHAL AND COMPANY LLC

6

7                                By_____
                                      DAN ROSENTHAL
8                                     Claims Administrator

9

10   Dated: November __, 2005    LAW OFFICE OF ROBERT D. NEWMAN

11

12                               By _____
                                      ROBERT D. NEWMAN
13                               Attorneys for Individual Plaintiffs and the Class

14

15   Dated: November __, 2005    BAKER & HOSTETLER LLP

16

17                               By_____
                                      LAWRENCE GARTNER
18                               Attorneys for Defendant Albertson's, Inc.

19

20   Dated: November __, 2005    JACKSON LEWIS LLP

21

22                               By_____
                                      MICHAEL KUN
23                               Attorneys for Defendants Encompass Services
                                 Corporation and Building One Service Solutions,
24                               Inc.

25   Dated: ~~November~~ _DECEMBER 9_, 2005    THELEN REID & PRIEST LLP

26

27                               By _____
                                      REMY KESSLER
28                               Attorneys for Defendant Ralphs Grocery Company

                                                                        4

1  Dated: ~~November~~ December 7, 2005    CARLTON, DiSANTE & FREUDENBERGER LLP

2

3                          By

4                               MARIE DiSANTE
                             Attorneys for Defendants The Vons Companies, Inc. and Safeway Inc.

5

6

7                                  **ORDER**

8

9  **IT IS SO ORDERED.**

10

11

12  Dated: December ____, 2005

13                                 HONORABLE PERCY ANDERSON
                               UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

### PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 140 S. Lake Avenue, Suite 230, Pasadena, California 91101.

      On December 13, 2005, I served the foregoing document described as <u>STIPULATION AND [PROPOSED] ORDER REALLOCATING CLAIMS ADMINISTRATION COSTS AMONG THE FOUR SETTLEMENT AGREEMENTS</u> on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Marie D. DiSante
Dave Carothers
Kendra D. Miller
Carlton, DiSante & Freudenberger LLP
2600 Michelson Drive, Suite 800
Irvine, CA 92612

Alan B. Clarke
Belinda S. Lee
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071

Lawrence J. Gartner
Tazamisha Imara
Baker & Hostetler LLP
333 South Grand Avenue, Suite 1800
Los Angeles, CA 90071

Remy Kessler
Thelen, Reid & Priest
333 S.Hope St., Suite 2900
Los Angeles, CA 90071

Michael S. Kun
Jackson Lewis LLP
725 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017

| X |

**(By Mail)**
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice I place all envelopes to be mailed in a location in my office specifically designated for mail. The mail then would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on <u>December 13, 2005</u>.

| |

**(By Telecopier)**
On <u>December 13, 2005</u>, I telecopied the foregoing document from my telecopy machine, number (626) 796-9895, to the addressee(s) noted above at their indicated telecopier number(s). The transmission report(s) was/were complete and without error.

| X |

**(Federal Court)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

NATHAN HOWE